United States District Court
Eastern District of Michigan

United States of America,

      Plaintiff,

                                     Case No. 92-81127
v.                             Honorable David M. Lawson

Stacey Culbert,

      Defendant.

_____

United States' Motion for an Extension of Time to Respond to Defendant's Request for Early Termination of Supervised Release and to File Sealed Exhibit
_____

      Defendant Stacey Culbert filed a motion for early termination of supervised release on May 21, 2021. ECF No. 2462, PageID.19511. This is a 1992 case that has had numerous attorneys working on it in various capacities. Once it was sorted out who should respond to the motion, the undersigned began to gather materials necessary to prepare a helpful response for the Court.

      Pursuant to Local Rule 7.1, the government contacted Mr. Culbert and asked for his concurrence in allowing the government additional time to respond and to file a sealed exhibit. The parties spoke by telephone on June 14, 2021. Mr. Culbert does not object to the relief requested.

1

The government has a brief prepared and could file it immediately upon entry of an order allowing the additional time to respond. The government could likewise file a sealed exhibit immediately, the PSR, which would assist the Court in making a decision about defendant's motion.

The government respectfully requests permission to file a response brief immediately upon entry of an order allowing it and to file a sealed exhibit in support of its response, specifically the PSR.

    Respectfully submitted,

    Saima S. Mohsin
    Acting United States Attorney

    *s/ Julie A. Beck*
    Assistant United States Attorney
    211 West Fort Street, Suite 2001
    Detroit, MI 48226
    (313) 226-9717
    julie.beck@usdoj.gov

Dated: June 14, 2021

Certificate of Service

I hereby certify that on June 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to ECF participants. I further certify that I mailed the foregoing, using the United States mail, to Stacy Culbert as follows:

Stacey Culbert
12281 Wade
Detroit, MI 48213

The government has also emailed a copy of this motion to the probation officer as follows:

Mark Burchell Mark_Burchell@miep.uscourts.gov

s/ Julie A. Beck
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9717
julie.beck@usdoj.gov