UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case Number 92-81127
                                Honorable David M. Lawson

v.

STACEY CULBERT,

        Defendant.
_____/

## ORDER GRANTING MOTION TO TERMINATE SUPERVISED RELEASE

The defendant pleaded guilty to four counts of a sixth superseding information charging drug trafficking crimes. Two of the counts included charges of intentional killings and another a firearm offense. He was sentenced by the Honorable Avern Cohn in 1996 to life in prison. His sentence later was reduced in 2006 to 325 months in custody, to be followed by five years of supervised release. After serving his federal prison term, the defendant was transferred to the custody of Michigan authorities to serve a related prison sentence for an additional two years. Consequently, he began his term of supervised release on February 12, 2020. Presently, the case is before the Court on the defendant's motion to terminate supervised release, which otherwise is scheduled to terminate on February 10, 2025. The government has filed a response to the motion that provides helpful details about this old case and takes no position on the defendant's request.

A court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

According to the supervising probation officer, since his supervision began, the defendant has complied fully with his conditions. He completed certification for a commercial driver's license and is now driving for a company. He resides with his daughter. A few months ago, the probation officer tried to relocate the defendant to Alabama. The defendant's goal is to reside there permanently and get out of Detroit. He has a partner there, who has tried multiple times to convince the district to allow him to relocate. However, the Alabama district probation office would not accept the transfer.

The defendant has had no positive drug screens and no police contact or any criminal conduct. The probation officer assesses the defendant as a Low/Moderate risk for reoffending. He is seen roughly every four months. The probation officer has no objection to the defendant's motion. Based on that assessment and the government's neutral stance, the Court believes that the defendant qualifies for early termination of supervision.

Accordingly, it is **ORDERED** that the defendant's motion for termination of supervised release (ECF No. 2462) is **GRANTED**. The defendant is discharged from his term of supervised release.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Date:    June 29, 2021